UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERICA R.-C.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:24-cv-11921
Honorable Anthony P. Patti

## JUDGMENT

In accordance with the opinion and order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on June 27, 2025,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED**.

**IT IS SO ORDERED.**

Dated: June 27, 2025

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE